In the Matter of the Estate of HENRY A. LUST, Deceased. CLIFFORD J. LUST, Appellant; ESTHER N. GOVE et al., Respondents.—

Christ, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.